UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BEACON OF HOPE, INC., *et al.*,

    Plaintiffs,

v.

TOWNSHIP OF HAINESPORT JOINT
LAND USE BOARD, *et al.*,

    Defendants.

No. 1:23-cv-04090

**ORDER**

**O'HEARN, District Judge.**

This matter comes before the Court on a Motion to Dismiss, (ECF No. 22), filed by Defendants Township of Hainesport Joint Land Use Board, Township of Hainesport Committee, Township of Hainesport, and H. Krollfeifer, Jr.'s, (collectively, "Defendants") seeking to dismiss Plaintiffs Trappier's and BOH's (collectively, "Plaintiffs") First Amended Complaint (ECF No. 16). The Court did not hear oral argument pursuant to Local Rule 78.1. For the reasons to be set forth on the record on **September 9, 2024 at 10:00am via Teams**,

**IT IS** on this 27th day of August, 2024,

**ORDERED** that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, (ECF No. 16), is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Complaint is DISMISSED with prejudice.

_____
**CHRISTINE P. O'HEARN**
**United States District Judge**