UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS:** 9/9/24

**JUDGE CHRISTINE P. O'HEARN**
**COURT REPORTER**: Camille Pedano

**DOCKET NO.** 23-cv-4090 (CPO-SAK)

**TITLE OF CASE:**

NEW BEGINNINGS CHRISTIAN CENTER, et al.

vs.

TOWNSHIP OF HAINESPORT JOINT LAND USE BOARD, et al.

**APPEARANCES:**
Erica Edwards, Esquire for Plaintiffs
Michael Madden, Esquire for Defendants

**NATURE OF PROCEEDINGS: ORAL DECISION (via Teams)**

Oral decision of Defendants' Motion to Dismiss, ECF No. 22.

Time Commenced:   10:05am
Time Adjourned:   10:40am
**Total Time:     35 Minutes**

*s/ Haley Minix*
DEPUTY CLERK